# CERTIFICATION OF NO PAYMENT ADVICES FORM

**IN RE:**

                                                  :     CHAPTER __13__

                                                  :     CASE NO. __-__-bk-__24-13990__

**Karen Tarboro**

**Debtor(s)**

## CERTIFICATION OF NO PAYMENT ADVICES

I, _Karen P. Tarboro_, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: _10-18-2024_                          _Karen P. Tarboro_
                                                                       Debtor

                                                                       Joint Debtor