United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen P. Tarboro  
    Debtor

Case No. 24-13990-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 30, 2025      Form ID: 155      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen P. Tarboro, 1026 Cherokee Street, Bethlehem, PA 18015-4115 |
| 14943624 | + | Borough of Fountain Hill, 941 Long Street, Bethlehem, PA 18015-2670 |
| 14943627 | | City of Bethlehem, Water, Sewer, & Misc. Services, 10 East Church Street, Bethlehem, PA 18018-6025 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963458 | | Email/Text: bnc@atlasacq.com | Jan 30 2025 23:59:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14963192 | | Email/Text: bnc@atlasacq.com | Jan 30 2025 23:59:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14943625 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:04:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14943626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:04:07 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14958405 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:04:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14943628 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 00:04:06 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14943629 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 00:15:57 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14966949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14967525 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 00:04:33 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14949550 | ^ | MEBN | Jan 30 2025 23:57:12 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14943631 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 00:04:39 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14943630 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2025 00:03:36 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14943633 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 30 2025 23:59:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14943632 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 30 2025 23:59:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 14944335 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

|  |  |  | Jan 31 2025 01:29:56 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
|---|---|---|---|---|
| 14943634 | + | Email/Text: support@ymalaw.com | Jan 30 2025 23:59:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Karen P. Tarboro support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Karen P. Tarboro<br><br>　　Debtor(s). | Case No. 24–13990–pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 30, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court