# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KAREN P. TARBORO : CHAPTER 13
:
Debtor(s) : BANKRUPTCY NO. 24-13990PMM

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 20 the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #22) is **approved**.

*Patricia M. Mayer*

Date: 4/24/25

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE