| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13990-PMM

| | |
|---|---|
| Karen P. Tarboro | Petition Filed Date: 11/06/2024 |
| 1026 Cherokee Street | 341 Hearing Date: 12/10/2024 |
| Bethlehem  PA    18105 | Confirmation Date: 01/30/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $300.00 | | 01/31/2025 | $300.00 | | 03/07/2025 | $300.00 | |
| 04/07/2025 | $300.00 | | 05/02/2025 | $300.00 | | 06/02/2025 | $300.00 | |
| 07/07/2025 | $300.00 | | | | | | | |

**Total Receipts for the Period: $2,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $2,236.50 | $1,263.50 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $514.16 | $0.00 | $514.16 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $512.75 | $0.00 | $512.75 |
| 4 | MIDFIRST BANK<br>»» 004 | Secured Creditors | $17,538.51 | $0.00 | $17,538.51 |
| 6 | BOROUGH OF FOUNTAIN HILL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITY OF BETHLEHEM<br>»» 005 | Secured Creditors | $1,141.76 | $0.00 | $1,141.76 |
| 7 | SUNRISE CREDIT SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13990-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $2,236.50 | Arrearages: | $725.00 |
| Paid to Trustee: | $163.50 | Total Plan Base: | $25,820.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.