# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen P. Tarboro<br>       Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>       Moving Party<br>vs. | NO. 24-13990 PMM |
| Karen P. Tarboro<br>       Debtor | |
| Scott F. Waterman<br>       Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __14th__ day of __November__, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge