Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Karen P. Tarboro
1026 Cherokee Street
Bethlehem, PA 18105

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13990-PMM**

Petition Filed Date: 11/06/2024
341 Hearing Date: 12/10/2024
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $300.00 | | 09/02/2025 | $300.00 | | 10/23/2025 | $314.99 | |
| 11/03/2025 | $300.00 | | 12/08/2025 | $300.00 | | 01/05/2026 | $300.00 | |
| 01/30/2026 | $300.00 | | 03/04/2026 | $1,588.00 | | 03/06/2026 | $445.00 | |
| 04/03/2026 | $445.00 | | 05/18/2026 | $515.00 | | 07/10/2026 | $550.00 | |
| 07/31/2026 | $445.00 | | | | | | | |

**Total Receipts for the Period: $6,102.99 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,202.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $514.16 | $0.00 | $514.16 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $512.75 | $0.00 | $512.75 |
| 4 | MIDFIRST BANK<br>»» 004 | Secured Creditors | $17,538.51 | $3,848.72 | $13,689.79 |
| 6 | BOROUGH OF FOUNTAIN HILL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITY OF BETHLEHEM<br>»» 005 | Secured Creditors | $1,141.76 | $250.55 | $891.21 |
| 7 | SUNRISE CREDIT SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13990-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,202.99 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $7,599.27 | Arrearages: | $262.01 |
| Paid to Trustee: | $603.72 | Total Plan Base: | $25,820.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.